UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JUAQUIN C. HERNANDEZ,<br>            Plaintiff,<br>-v-<br>BNR THE BRIDGE, LLC and<br>BOBBY RISHER,<br>            Defendants. | No. 1:18-cv-875<br><br>Honorable Paul L. Maloney |

## JUDGMENT

All pending claims have been resolved. The Court has awarded Plaintiff $ 23,214 in damages and another $8,722.49 in costs and fees. Defendants are jointly and severally liable for the award.

As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: March 15, 2019                                                        /s/ Paul L. Maloney
                                                                                                        Paul L. Maloney
                                                                                                        United States District Judge